**GIBBS & FUERST** LLP

2247 SAN DIEGO AVENUE, SUITE 137
SAN DIEGO, CA 92110
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547

Michael T. Gibbs, State Bar No. 076519
mgibbs@gibbsandfuerst.com

Attorneys for Defendants CITY OF BRAWLEY and SHIRLEY BONILLAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SONICO, | Case No.:  25-cv-0515-BAS-LR |
| Plaintiff, | |
| vs. | Hon. Cynthia Bashant |
| CITY OF BRAWLEY, a public agency and/or municipal corporation; JOHN TANG, individually and as Commander; SHIRLEY BONILLAS, individually and as Human Resources Administrator; JIMMY DURAN, an individually and as Chief of Police; JUAN MORALES, individually and as and Commander, and Does 1 through 10, inclusive, | **DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO FIRST AMENDED COMPLAINT** |
| Defendants. | |

1

## I.   PREFACTORY

In response to the First Amended Complaint of PAUL SONICO (hereinafter sometimes referred to as "plaintiff"), defendants, CITY OF BRAWLEY and SHIRLEY BONILLAS, (hereinafter referred to as "defendants") answer as follows:

## II.   JURISDICTION AND VENUE

1.   Answering paragraph 1 of the First Amended Complaint, defendants admit that jurisdiction is conferred upon the court pursuant to the cited statutes.

2.   Answering paragraph 2 of the First Amended Complaint, defendants admit that the incident occurred in the County of Imperial and that venue is proper in this Court.

## III.   PARTIES

3.   Answering paragraph 3 of the First Amended Complaint, defendants admit Plaintiff was at one time employed by defendant City of Brawley.

4.   Answering paragraph 4 of the First Amended Complaint, defendants admit Plaintiff was at one time employed by defendant City of Brawley.

5.   Answering paragraph 5 of the First Amended Complaint, defendants admit the allegations contained therein.

6.   Answering paragraph 6 of the First Amended Complaint, defendants admit to the allegations contained therein, except for the allegations regarding notification and adoption of each decision, which are denied.

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO FIRST AMENDED COMPLAINT

7.     Answering paragraph 7 of the First Amended Complaint, defendants admit the allegations contained therein.

8.     Answering paragraph 8 of the First Amended Complaint, defendants admit the allegations contained therein.

9.     Answering paragraph 9 of the First Amended Complaint, defendants admit the allegations contained therein.

10.    Answering paragraph 10 of the First Amended Complaint, defendants admit the allegations contained therein.

## IV.    DOE ALLEGATIONS

11.    Answering paragraph 11 of the First Amended Complaint, defendants deny each and every allegation contained therein.

12.    Answering paragraph 12 of the First Amended Complaint, defendants deny each and every allegation contained therein.

## V.    FACTUAL ALLEGATIONS

1.     Answering paragraph 1 of the First Amended Complaint, defendants deny each and every allegation contained therein.

2.     Answering paragraph 2 of the First Amended Complaint, defendants deny each and every allegation contained therein.

3.     Answering paragraph 3 of the First Amended Complaint, defendants deny each and every allegation contained therein.

4.     Answering paragraph 4 of the First Amended Complaint, defendants deny each and every allegation contained therein.

5.     Answering paragraph 5 of the First Amended Complaint, defendants deny each and every allegation contained therein.

6.     Answering paragraph 6 of the First Amended Complaint, defendants deny each and every allegation contained therein.

7.     Answering paragraph 7 of the First Amended Complaint,

3

defendants deny each and every allegation contained therein.

8.    Answering paragraph 8 of the First Amended Complaint, defendants deny each and every allegation contained therein.

9.    Answering paragraph 9 of the First Amended Complaint, defendants deny each and every allegation contained therein.

10.    Answering paragraph 10 of the First Amended Complaint, defendants deny each and every allegation contained therein.

11.    Answering paragraph 11 of the First Amended Complaint, defendants deny each and every allegation contained therein.

12.    Answering paragraph 12 of the First Amended Complaint, defendants deny each and every allegation contained therein.

## VI CAUSES OF ACTION

13.    Answering paragraph 13 of the First Amended Complaint, defendants incorporate each and every preceding paragraph as though set forth in full here.

14.    Answering paragraph 14 of the First Amended Complaint, defendants deny each and every allegation contained therein.

15.    Answering paragraph 15 of the First Amended Complaint, defendants deny each and every allegation contained therein.

16.    Answering paragraph 16 of the First Amended Complaint, defendants deny each and every allegation contained therein.

17.    Answering paragraph 17 of the First Amended Complaint, defendants deny each and every allegation contained therein.

18.    Answering paragraph 18 of the First Amended Complaint, defendants deny each and every allegation contained therein.

19.    Answering paragraph 19 of the First Amended Complaint, defendants deny each and every allegation contained therein.

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO
FIRST AMENDED COMPLAINT

20.    Answering paragraph 20 of the First Amended Complaint, defendants deny each and every allegation contained therein.

21.    Answering paragraph 21 of the First Amended Complaint, defendants deny each and every allegation contained therein.

22.    Answering paragraph 22 of the First Amended Complaint, defendants incorporate each and every preceding paragraph as though set forth in full here.

23.    Answering paragraph 23 of the First Amended Complaint, defendants admit the allegations contained therein.

24.    Answering paragraph 24 of the First Amended Complaint, defendant City of Brawley was Plaintiff's employer at one time.

25.    Answering paragraph 25 of the First Amended Complaint, defendants deny each and every allegation contained therein.

26.    Answering paragraph 26 of the First Amended Complaint, defendants deny each and every allegation contained therein.

27.    Answering paragraph 27 of the First Amended Complaint, defendants deny each and every allegation contained therein.

28.    Answering paragraph 28 of the First Amended Complaint, defendants deny each and every allegation contained therein.

29.    Answering paragraph 29 of the First Amended Complaint, defendants deny each and every allegation contained therein.

30.    Answering paragraph 30 of the First Amended Complaint, defendants deny each and every allegation contained therein.

31.    Answering paragraph 31 of the First Amended Complaint, defendants deny each and every allegation contained therein.

///

///

5

## FIRST AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that the first amended complaint, and each purported cause of action stated therein, fails to state facts sufficient to constitute a cause of action against these answering defendants.

## SECOND AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that plaintiff failed to comply with the claim presentation requirements of the California Government Claims Act, and his claims are therefore barred.

## THIRD AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that they are immune from liability pursuant to provisions of the Government Claims Act, including, but not limited to: Government Code sections 815, 815.2, 815.3, 815.6, 818, 818.2, 818.8, 820, 820.2, 820.4, 820.8, 820.9, 821, 821.6, and 822.2.

## FOURTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that at all times alleged in the first amended complaint, defendants were acting in good faith and within the scope of their duties and with justification.

## FIFTH AFFIRMATIVE DEFENSE

Defendant City of Brawley is informed and believe and thereon alleges that, as a public entity, it is entitled to a reduction of any verdict or award against these answering defendants regarding all special damages as set forth in Government Code §985.

/ / /

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO
FIRST AMENDED COMPLAINT

## SIXTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that the first amended complaint, and each purported count or claim included therein, is barred by plaintiff's failure to exhaust his administrative remedies under defendants personnel policies, and the Fair Employment & Housing Act.

## SEVENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that plaintiff, by the exercise of diligence, could have mitigated against his claimed damages; therefore, his damages, if any, must be reduced, diminished or defeated by such amounts as should have been mitigated.

## EIGHTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that plaintiff has engaged in conduct with respect to the activities which are the subject of the first amended complaint, and by reason of said activities and conduct, is estopped from asserting any claim of damages or seeking any other relief against these answering defendants.

## NINTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that any action taken as to plaintiff was based on reasonable factors.

## TENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that  plaintiff's first amended complaint, and each purported cause of action stated therein, is barred by the applicable statute of limitations, including, but not limited to: Government Code §§ 911.2(a), 911.4(a-c), 912.2, 945.6(a)(1 & 2), 12960(e)(5), 12965(a)(5)(C) & (c), 54960.1(b) &

7

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO FIRST AMENDED COMPLAINT

(c)(1), 54960.2(A(1-4); and Code of Civil Procedure §§ 335.1, 337, 338(a-c), 339(1), 340, 342, & 1094.6(b).

## ELEVENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege the rights asserted by plaintiff are unenforceable as a matter of public policy.

## TWELFTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that any damages incurred by plaintiff were directly and proximately caused or contributed by plaintiff's own actions.

## THIRTEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that plaintiff waited an unreasonable period of time to complain of the matters set forth in the first amended complaint to the prejudice of these answering defendants.  Plaintiff is therefore guilty of laches.

## FOURTEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that by virtue of plaintiff's conduct, plaintiff should be barred from recovering against these defendants by the equitable doctrine of unclean hands.

## FIFTEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that the plaintiff and his agents and representatives, have engaged in conduct and activities by reason of which said parties have knowingly and intentionally waived any and all claims against these answering defendants, and plaintiff is therefore barred and estopped from any recovery.

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO
FIRST AMENDED COMPLAINT

## SIXTEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that plaintiff's claim for alleged damages has been satisfied, and plaintiff is, therefore, barred from any recovery against these answering defendants.

## SEVENTEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that any action taken as to plaintiff was based on legitimate business and personnel purposes.

## EIGHTEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that the first amended complaint, and each purported count or claim included therein, is barred by the doctrine of res judicata and/or collateral estoppel.

## NINETEENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that plaintiff brought and maintained the instant proceeding without reasonable cause and without a good faith belief that there was a justifiable controversy under the facts and law that warranted filing a first amended complaint against these answering defendants, and, therefore, these answering defendants will be entitled to an award of defense costs, including attorney fees, under Code of Civil Procedure section 1038, Code of Civil Procedure section 128, et seq., Government Code § 12965(c)(6), and Code of Civil Procedure § 425.16(c)(2).

/ / /

/ / /

/ / /

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO
FIRST AMENDED COMPLAINT

## TWENTIETH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that they may have additional, as yet unasserted, defenses to plaintiff's first amended complaint or any purported cause of action contained therein.  Therefore, these answering defendants specifically reserve their rights to assert additional affirmative defenses as deemed appropriate at a later time.

WHEREFORE, these answering defendants pray for judgment herein as follows:

1.    That plaintiff take nothing by way of his first amended complaint;

2.    For costs of suit incurred herein, including attorney fees; and

3.    For such other and further relief as the court deems just and proper.


DATED:    July 15, 2025              GIBBS & FUERST, LLP


                                     BY:    ___*/s/Michael T. Gibbs*___
                                            MICHAEL T. GIBBS
                                            Attorneys for Defendants
                                            CITY OF BRAWLEY and
                                            SHIRLEY BONILLAS

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO
FIRST AMENDED COMPLAINT

## <u>DEMAND FOR JURY TRIAL</u>

Defendants CITY OF BRAWLEY and SHIRLEY BONILLAS hereby demand a jury trial as to the issues framed by the pleadings pursuant to Federal Rule of Civil Procedure 38(b) and Local Rule 38-1.

DATED:   July 15, 2025          GIBBS & FUERST, LLP


                               BY:   *s/Michael T. Gibbs*
                                     MICHAEL T. GIBBS
                                     KEVIN L. BORGEN
                                     Attorneys for Defendants CITY OF
                                     BRAWLEY and SHIRLEY
                                     BONILLAS

DEFENDANTS CITY OF BRAWLEY AND SHIRLEY BONILLAS' ANSWER TO
FIRST AMENDED COMPLAINT